This is the last day of our Jacksonville sitting and I know I can speak for the rest of us for Judge Grant and for Judge Hull and Judge Dubina who finished up yesterday that were very happy to have been here and as always were treated wonderfully so we had a we have had a good time here during our stay in the north of Florida. You know the lighting system when the yellow light goes on that means your time is drawing to a close so try to finish up your remarks if we take you beyond the red light and don't worry just keep going you're in our time and not yours and with that we'll begin with our first case two consolidated cases number 17-14387 and 18-12866 both United States v. John Stahlman. Mr. Langes Good morning. I hope this past week has been eventful. If I am the trial lawyer in this case if I am the defendant's counsel I would want to know the government's star witness disciplinary background especially when it involves a Department of Homeland Security investigation into child pornography offenses. I would submit your honors that this case boils down to amidst everything that has been raised on direct appeal to essentially a trial issue which our position is should have been raised pretrial in this and that is this notion of agent hires disciplinary background. Obviously it was disclosed after trial after sentencing and we were left in a position to ask for a new trial in the court below and by grace of this court the district court was given an opportunity to address that. In terms of standards of review I think I think that the government and Mr. Stahlman agree that we do have error there and a preliminary notion is in terms of remedy however if given this information properly and timely at least as a trial lawyer I would have at least gone to the district court ahead of time and said well your honor I have received these cover letters I would like to at least have a look at agent hires disciplinary background. I want a chance to look at the files in terms of having a motion to compel the district court may have grant that or denied it. If it grants it we have an opportunity for full and fair discourse in terms of what the government star witness has to do in this case. If the district court denies that that might be an issue for appeal but then that lends itself to the next question maybe perhaps in a motion to eliminate your honor I would like to ask agent hire about his disciplinary background during the course of trial. Isn't this one of those cases where given the nature of the disciplinary infraction and given the nature of the evidence presented against your client the failure to turn it over and it was a mind was not material I mean the bulk of the testimony before mr. Stallman testified were the exchanges between him and the person that he thought the agent was on the other side that is not going to change even if you're able to impeach the agent with his misconduct earlier on right so how do you prevail on that theory that's the astute observation your honor because that is the question we present for the court is this information material as a legal matter as a matter of law our position is that yes as a defense lawyer I would want to have this information because at a minimum there's no there's no doubt and that this is I in my personal opinion I speak only for myself and not for my two colleagues you should have had this information given when it when the misconduct took place and when the discipline took place and when this trial took place you should have had it the question is what if any is the remedy now that's what you were talking well the remedy specifically I think the short answer if I can your honor the remedy would be I would hope send the district court an opportunity in the first instance to apply the correct standard and address the motion of a new trial in this instance I would ask that we have an evidentiary hearing I would ask either that we be allowed to look at these materials to see if they lead to other admissible information I don't know what's in there all that we're really dealing with here are three cover letters essentially from the government in November December and January of last year so I'd like the opportunity to look at the files to see if there's anything else in there if not at least have the district court on its own in camera examine that information to determine whether or not there's something that leads to other admissible evidence or whether it's something else leads to our ability to craft a defense or at least lead us into a trial preparation in terms of preparing a cross-examination preparing a defense I know at a minimum in terms I keep using that word but I know at a minimum my consultations with mr. Stallman would be listen you have a right to testify on your own behalf now factually in this case he did that but pretrial in this case I would suggest him look my advice to you is not to invoke that right don't testify your defense is already out there at the time of your arrest you already explained that you thought this was role play you thought that this was fantasy so now you have a question of intent you have the defendant side of the the facts of these emails that were there and then you obviously have the government's interpretation of what was going on here so the remedy is to send the case down in the first instance now I know that the government is suggesting and saying that no we don't have to do that even though the district court we all agree use the wrong standard of review it's harmless and so that this court can decide the most in the first instance under the correct standard if the court decides to do that then you're left judge Jordan with your observation that the only question here is materiality what can we do in terms of having this information there was a bulk of information that we could have gone forward on in terms of one consulting mr. Stallman about whether to testify or not my preparation of cross-examination the information may just solely on what we have right now procedurally because I don't know what's in the files I don't know anything additional above and beyond what the government's already given me at this point what I have at least is the ammunition if you will for cross-examination to ask agent hire about this disciplinary background and the reason why I think it's relevant the reason why I would suggest that it's 401 402 and doesn't invade the province of 403 if you will is that under 607 I as the defendant get to cross-examine the government star witness to undercut in terms of elements of intent to undercut the veracity reliability the construct of this type of investigation the credibility obviously of the witness that we have going forward which lends me the opportunity at least in cross-examiner I should say closing argument that I can make a reasonable inference argument to the jury to suggest listen in this instance you have two points of view we have the emails here I think there was something like 125 emails going back and forth you can take the intent the mens rea of mr. Stallman which is a element of this offense and you can weigh it against the veracity or reliability or credibility of the government's theory of prosecution because on the one hand mr. Stallman explains look this is role play this is fantasy if you don't believe that then you are free and allowed to find him guilty if you will if you are convinced that the government has proved its case beyond a reasonable doubt on the converse of all of this I would suggest what rule here prevents me as the trial attorney from asking the question right now today as I stand before your honors the only thing I can do in terms of admissibility if you will is to ask agent higher isn't it true that you were sanctioned for FBI policy violations in terms of opening up child pornography offenses for which a separate federal agency actually investigated you for child porn offenses now in terms of actually grabbing what I can for purposes of closing argument is it unfair to say that I don't get to ask agent hired that question let's did you ask for any further discovery when you moved for a new trial or preliminary to moving for a new trial I hope I did your motion the district court I I asked for an evidentiary hearing I asked for the ability to have my hearing I know you asked for I'm just I don't remember whether or not there was a request within the motion or outside of the motion for discovery related to the disclosure yes no I I never labeled anything as a motion to compel but with the language in that motion I said I'd like kind of essentially what I've told your honors today I like the opportunity to look at the files myself if you're not going to do that at least in camera you should look for the information yourself so this the point in terms of materiality obviously is with the evidence under Brady if you will root from out of rule of 16 is there a reasonable probability that the outcome of proceedings would have been different in terms of all right you're it seems to me that your best procedural argument is the district court clearly applied the wrong standard yes a new trial grant or denial is reviewed under an abuse of appropriate review you should let the court that gets the discretion make the right call under the right standard yes we'll send it back and let it be done the right way and we'll see what happens yes and if that is where we're at this point that's just an articulation of your best argument I'm not saying that's what I believe or what the court's gonna do done a much better of it than I your honor what standard did the district court apply a motion for new trial in which was obviously something he district court I should say fell or mistakenly weighed agent hires test you do it written order or she do a written order or was it just a ruling from the bench a written order two and a half page written order but having said all of that in terms of the materiality question properly the information should have been disclosed ahead of trial we should haven't had the opportunity to litigate this information pretrial because at a minimum at the end of the day the mantra is going to be did you ask in your brief on appeal for just a remand for have the district court apply the right standard is that something because if so I missed it no I asked for that on appeal in your brief in there in my reply brief I suggested the two things either we can remand it to the district court for application of the correct standard or I'm anticipating that the government's no keep it here you all decide the motion for trial question is in your first blue brief did you ask for what you're asking for now yes you did in there were two briefs there was appeal I call it appeal 17 which raised the first five issues and then we had the most for new trial and then I follow the first blue brief in appeal 18 and that's where you ask in the first brief therefore remand to apply the correct standard as opposed to some other relief yes your honor I think if I'm asking if I understand your question properly yes yes all right thank you very much you've saved your time for rebuttal this roads good morning morning may it please the court I think in your exchange with mr. Langston Jordan you hit the nail on the head the key issue here is the materiality as to whether the suspension the sanction by the FBI of agent hire for violating an internal policy with regard to use of a computer would make a difference in the prosecution of mr. Stallman by the United States of America and the answer to that question is no why why isn't the appropriate thing to do to send it back to the district court which decides this under a discretionary standard when it comes back up and let it make the call under the appropriate standard I mean everybody agrees the district court got that standard wrong it was not a weight of the evidence motion for a new trial it was a motion for a new trial based on an alleged lady violation why not send it back and let it be done the right way well the Hernandez case says that this court need not do that yes I know I knowing the the record this court can determine that there was no harm in the resolution of the case if the court didn't abuse its discretion in denying relief then there's no need to send it and if materiality how can you apply the abuse of discretion standard well let me say this isn't isn't one of the definitions of abuse of discretion that the court applied the wrong standard yes so there's error here yes and in the Hernandez case this court said that you can overlook the error and this court should overlook the error here because the materiality is not going to change if the district court views this evidence that the determination as to whether or not this violation this the suspension was material in this particular instance is not going to change it's not going to change because as you pointed out judge Jordan the evidence the bulk of the evidence against this defendant were his exchanges with agent hire with regard to his intent to have sexual activity with an 11 year old child it's not going to change you know but he asked for an evidentiary hearing the district court denied an evidentiary hearing understandably I think because it was looking at a weight of the evidence motion and why is it going to hear the evidence it already heard a trial under a weight of the evidence claim all you have to do is review the evidence at trial see if it was against a manifest weight of the evidence and take into account the alleged failure to disclose but it did not evaluate the request for an evidentiary hearing understanding that it was a Brady claim Giglio claim not a weight of the evidence claim how are we supposed to exercise discretion on whether to grant or not grant an the nature of the newly discovered evidence and all the filings what we were talking about was whether the evidence that agent hired had been suspended by the FBI should warrant a new trial in this case so that part of it's abundantly clear in addition there is there more I'm sorry is there more to this or is that all and how do we know what I'm saying is that the the Brady violation was the only thing that was before the district court and in their request in their motion for new trial they didn't they just do a blanket request for an evidentiary hearing they asked for the opportunity to allow for discovery but they knew that what we're talking about was a violation of FBI policy and they never specifically asked to the district court to even consider in camera the evidence the the underlying evidence with regard to how this came about how it was resolved what put yourself put yourself in a defense lawyers position after trial you are told that you now have evidence that you going to be skeptical that he now has everything that he should have had he's going to want to make sure he or she is going to want to make sure that there's nothing else out there and that nothing else has been left behind because there was a failure in the system to turn something over that lawyer is not going to take the government's assertions at face value oh here's what we have we mistakenly didn't give this to you but that's really all there is there's for it any defense lawyer worth his or her salt is going to want to at least inquire of somebody at a hearing to make sure there's nothing else so my question to you is without an evidentiary hearing how do we know that there's nothing else first they just make a blanket request for an evidentiary hearing they don't even ask for the underlying something else they didn't ask for in other instances in the in the correspondence that we included that's in the record they they asked for the underlying file and one of the magistrate judge judges reviewed it and that magistrate judge said that I find that the government has been forthcoming and transparent with regard to its representation as to how this came about and how it was resolved they didn't ask for that here okay go ahead you yeah I'm you had a question no I didn't because I was going to interrupt you and I shouldn't have done that well I don't want to interrupt you either okay seed I want to make sure I understood what you just said yes they found these documents because the public defender got them in another case and you're talking about that other case the magistrate judge reviewed the underlying records is that what you're talking about that's what I'm talking about not in this case yes but I make the point to say that if they didn't ask for the documents here exactly did in the other case the magistrate judge reviewed them in camera yes and said this is all there is it's all about use of a home computer which violates policy yes and that there was no dishonesty there was nothing more than reckless negligent conduct I wondered if this evidence would even be admissible if it if it came in because it's a violation of using the home compute computer and that's another position and that I know that there's an issue here about that and that's another issue with regard to materiality the evidence has got to come in for there to be a difference in this case what they're asking this court to do is to send this back to give them an incompetence of a duly return of verdict in this case based upon evidence which is not going to change and if they can't articulate and they haven't articulated really a basis for admission of this evidence then it's not going to change the result you he wouldn't just be able to come in there and ask agent hire well what about this if he can't find a mechanism for doing that within the federal rules of evidence so you're telling me that that isn't is it impeachment evidence now he may be stuck with an answer whether or not the results of the investigation can themselves be introduced as a whole different matter under the 600 set of rules you're telling me that if if your case agent was disciplined for misconduct in the same type of he cannot even be asked that question during cross-examination you've never been have you been disciplined for misusing your computer during child sex conduct investigation and of course if the agent says no then maybe there's another problem maybe there's nothing else admissible you're stuck with the answer but he can't even ask that question there's a question of whether or not that's even relevant in this particular instance it goes to his credibility right it goes to his thoroughness it goes to his following of rules right you're saying that you're saying he can't ask that question that's your perspective assuming that he could no I'm asking you can he ask because that was judge Hall's question yes whether any of it is admissible so I want to follow up do you think he can ask that question of the agent yes and it's not I was talking about the underlying documents that he says yes yes and assuming that he would even be able to ask the question we still get back to where we started which is this is simply not material it's not material because as you've just said judge Jordan the intent is the issue here the intent comes through in the hundred and twenty five text messages that were exchanged between judge between higher and Sam who's defendant strawman the intent comes through with regard to his Craig list ad where he says I'm a married white guy looking for a young-looking girl to play out some fantasies the intent comes through with regard to everything that he admitted when he was 8 to 12 weeks he admitted that the text messages address sexual contact with an 11 year old child he admitted he even can he started spinning this whole thing with regard to whether or not this was a woman because he admitted that this was he thought that he was walking to a sting operation so he's got to say something so he admitted that he thought it was a sting operation he admitted that he came anyway he spun this story about this adult woman but then when judge when I'm sorry when agent higher challenge him on that he said we only talking about a woman we never said anything about anybody else but a woman there's evidence in this record where agent higher says just before they were supposed to meet he says I'm talking my child in the bed that doesn't sound like an adult woman he admits all of those things he comes to the place where he's supposed to be he comes at the time he's supposed to be there he comes in the vehicle he told them that he was going to be in he's wearing a teenage mutant ninja turtle shirt which is something that would arguably be attractive to a I was just talking to an agent higher I thought what I was going to do was act out a fantasy with a grown man and a woman pretending to be a child I believe so I agree with that I totally agree with that but although untimely he didn't have to fish it out from some other source we did turn it over I agree but I think that's what happens when you have human beings in the system and this doesn't boil down as Mr. Langs said to his agent hires disciplinary background being the star of this case judge Mendoza was quite clear in his order that the credibility here was the text messages that's where the credibility dies the the way to the evidence standard was of course the inappropriate standard to apply we admit that but we also submit that if this court would apply the correct standard looking at the materiality of the evidence that we presented in this case that there's no need to send it back even for an evidentiary hearing there's no need to send it back for any case which does not it's just not subject to attack by the defendant with regard to this minor careless reckless which is what the FBI said about it active indiscretion on the part of the investigating agent we would ask that court affirm both in the 17 appeal and the 18 appeal thank you very much thank you thank you honor I hope excuse me for being verbose I know I talk quickly I get excited and enthusiastic about these things I want to try to get out a lot that I can so in terms of rebuttal I'd like to clarify just a couple of procedural matters number one yes there was a separate and distinct criminal matter that was the case of st. Keskin in which all of this was first to disclose in that particular case mr. Keskin I believe his name was he had already pled and it was post plea that he had come to the attention of these types of matters and asked to move to compel in light of Brady and a rule of 16 violation in that matter and the government disclosed a number of these issues there ultimately the magistrate judge in that case said no I think in terms of what judge Hall is thinking about this isn't Brady material wouldn't have been admissible at trial and hence he denied mr. Keskin's ability to look at the underlying he called it the primary okay secondly from flowing from that in terms of the letters that my office received the Federal Defender's Office received we got those back in November of 2017 while mr. Stallman's direct appeal was pending the initial brief and what I call appeal number 17 was filed during the pendency of that we were engaged in communications as indicated by my pleadings below with the government and then in January 2017 the government came to a conclusion look that's it we're not talking about this any further we've disclosed the information will refer you to mr. Keskin's case and the magistrate judges order in that matter so we're done based on that I went ahead and filed my motion for new trial in the I specifically asked for both Brady relief and a rule of 16 discovery relief in this instance I asked for the ability to look at the underlying materials in camera review on that process but again the overarching argument was materiality we should have had this information ahead of preacher had a trial in this case because the judge Jordan pointed out ultimately say for example again I'll use that notion I moved to compel disclosure of these materials judgment does it looks at it says no you don't get the underlying materials you have sufficient information I move in limiting before trial to say listen I'm going to ask agent higher about his disciplinary background can I do that if he says no I have an issue for appeal if he says yes you can ask but it you might be stuck with his answer we get up on cross-examination after his direct examination I ask agent higher hey agent higher isn't it true that you were subject to disciplinary review by the FBI for violating FBI policy for which at any point in terms of his testimony and I think it's doc 75 in this instance that is the excerpt of his testimony at any number of points he opened the door to that type of cross-examination because for example I think if I recall correctly he talks about following FBI policy his training experience his years with the violent crime against children task force particularly in terms of the interview in this case where he says I followed FBI policy because FBI policy mandates that I not record my interview so we have notes I'm asking questions of mr. Stallman someone else is taking notes I think in this case it was a agent Kaufman but there again that opens the door to me at least as a trial attorney asking him questions about well let's talk about your violations of FBI policy if he says no I was never subjected to disciplinary review as opposed to saying yes then we might engage in that at least give me the opportunity to argue credibility in front of the jury in closing argument if he says no then I move for admission of that type of underlying principal evidence under either 607 or 608 be there a series of events that could have played out as you indicate absolutely no which flows into my second issue in terms of my appeal number 17 because the first I will call it the first 50% of his testimony agent hire was impermissibly giving his interpretation of what was going on here he was relying on his background and training if you will in his exposure these types of cases to say hey listen when I read that email I interpret that email to mean he's thinking he wants to do this well now he's opining and commenting on the mens rea or state of mind of mr. Stallman that's impermissible you can't do that so the interpretation the fact finding function of the jury the province of what the jury is doing in this case in terms of the email is how do we accept this as proof of this trial and explain that this was all role-playing and he subjected himself to cross-examination subjected himself to having his testimony allowed as subjective evidence of his guilt here in this instance we have a mountains worth of credibility determination in terms of who are we going to believe the government's theory of prosecution or the government's expert mr. Stallman's explanation as to what's going on here in this instance our relief I see that my time is running out I would suggest procedurally the best practice in this case would be to remand the case to the district court ask for an in-camera review ask for the ability to look at these things grant a meaningful opportunity to create a record for appeal should the district court deny them relief and in this instance I would suggest that the materiality of this type of information renders itself to affording mr. Stallman a new trial all you